JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DILL, | NO. EDCV 15-1945-PA (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| S. PERRY, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: August 10, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE